IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:00CR333
                               )
       v.                      )
                               )
DEONTA MARION,                 )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for reduction of sentence (Filing No. 29), and on the motion to withdraw (Filing No. 33), filed by Julie B. Hansen and the Office of the Federal Public Defender for the District of Nebraska. Inasmuch as it appears to the Court that defendant is serving a sentence on a petition to revoke his supervised release, he does not qualify for a reduction of sentence. Accordingly,

IT IS ORDERED:

1) Defendant's motion for reduction of sentence is denied;

2) The motion to withdraw is granted; Julie B. Hansen and the Office of the Federal Public Defender for the District of Nebraska are deemed withdrawn as counsel for defendant.

DATED this 24th day of September, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court