IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR333 |
| | ) | |
| v. | ) | |
| | ) | |
| DEONTA MARION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On December 19, 2013, a final dispositional hearing was held on the petition for warrant for offender under supervision (Filing No. 39). Defendant was represented by Shannon P. O'Connor, Assistant Public Defender. Plaintiff was represented by Meredith B. Tyrakoski. The defendant admitted Allegation 1 of the petition. Allegations 2 and 3 were dismissed on the motion of the government.

IT IS ORDERED:

1) The defendant is committed to the custody of the Bureau of Prisons for a term of 18 months with credit for time served since March 1, 2013. Said term of imprisonment shall run concurrently with the sentence imposed in 8:07CR82 and shall run consecutively to the sentence imposed in 8:13CR205.

2) Upon completion of imprisonment, no further term of supervised release is imposed.

DATED this 20th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____